IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JOSE SONORA, JR. <br> and VANESSA GONZALES, <br>   *Plaintiffs*, <br><br> vs. <br><br> GRINNELL SELECT <br> INSURANCE COMPANY, <br>   *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 2:22-CV-00010-AM-CW |

## **STIPULATION OF DISMISSAL**

Plaintiffs and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are JOSE SONORA, JR. and VANESSA GONZALES; Defendant is GRINNELL SELECT INSURANCE COMPANY.

2. On January 24, 2022, Plaintiffs sued Defendant in the State District Court of Uvalde County, Texas. Defendant filed its Notice of Removal to the United States District Court for the Western District of Texas, Del Rio Division, on March 11, 2022.

3. Plaintiffs move to dismiss the suit without prejudice.

4. Defendant agrees to the dismissal without prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice to re-filing.

    Respectfully submitted,

    By: /s/ Charles Shattles
        CHARLES SHATTLES
        State Bar No. 24037479
        chuck@wstriallaw.com
        WATKINS & SHATTLES, P.L.L.C.
        926 Chulie Drive
        San Antonio, Texas 78216
        Tel. (210) 225–6666
        Fax (210) 225–2300

    **ATTORNEY-IN-CHARGE FOR PLAINTIFFS JOSE SONORA, JR. AND VANESSA GONZALES**

    and

    By: */s/ Conner R. Jackson*
        CONNER R. JACKSON
        Texas State Bar No. 24087786
        cjackson@hrd-law.com
        **HOBLIT DARLING RALLS HERNANDEZ & HUDLOW, LLP**
        802 North Carancahua
        Suite 2000
        Corpus Christi, Texas 78401
        (361) 888-9392 —Telephone
        (361) 888-9187 — Facsimile

    **ATTORNEY-IN-CHARGE FOR DEFENDANT GRINNELL SELECT INSURANCE COMPANY**

    hdrccservice@hdr-law.com
    *service by e-mail to this address only