**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

MAY 18 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JOSE SONORA, JR. AND VANESSA GONZALES,<br>Plaintiffs,<br><br>v.<br><br>GRINNELL SELECT INSURANCE COMPANY,<br>Defendant. | Civil Action No.<br>DR-22-CV-10–AM/CW |

## ORDER

In the present cause of action, the parties filed a Stipulation of Dismissal that complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 2.) Accordingly, it is hereby **ORDERED** that the Plaintiffs' claims against the Defendant Grinnell Select Insurance Company are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action.

SIGNED and ENTERED on this 18th day of May 2022.

_____
ALIA MOSES
United States District Judge