AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

JOSE SONORA, JR. AND VANESSA
GONZALES,
Plaintiffs,

v.

GRINNELL SELECT INSURANCE
COMPANY,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  DR-22-CV-10-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In the present cause of action, the parties filed a Stipulation of Dismissal that complies with Rule 41 (a)(1 )(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 2.) Accordingly, it is hereby ORDERED that the Plaintiffs' claims against the Defendant Grinnell Select Insurance Company are DISMISSED WITHOUT PREJUDICE.

| 05/18/2022 | Jeannette J. Clack |
|---|---|
| *Date* | *Clerk* |
| | *S. Sanchez* |
| | *(By) Deputy Clerk* |